UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| Hartford Life and Accident Insurance Company,<br>Plaintiff, | )<br>)<br>) |
| v. | )    **JUDGMENT** |
| The Estate of Paul Steven Jandreau,<br>Christina Jandreau, Lateisha Jandreau,<br>Stephanie Jandreau,<br>Defendants. | )<br>)    No. 2:12-CV-12-BO<br>)<br>)<br>)<br>)<br>) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for summary judgment [DE 33] and motions to disburse funds [DE 34, 40] are GRANTED. The Clerk of Court is DIRECTED to pay out the funds as delineated in order entered 6/3/2015.

This case is closed.

<u>**This judgment filed and entered on June 3, 2015, and served on:**</u>

Katherine T. Lange (via CM/ECF Notice of Electronic Filing)
Gregory E. Wills (via CM/ECF Notice of Electronic Filing)
John S. Morrison (via CM/ECF Notice of Electronic Filing)
Christina Jandreau (via US Mail at 266 Crystal Springs, Blountville, TN 37617)
Stephanie Jandreau (via US Mail at 111 East 26th Street, Unit C6, New York, NY 10010)

June 3, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk